United States District Court
Southern District of Texas
**ENTERED**
April 04, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **LUIS CARLOS MARTINEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:22-CV-00106 |
| | § | |
| **ALEJANDRO MAYORKAS,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Luis Carlos Martinez filed a self-effectuating Notice of Voluntary Dismissal (Dkt. 9). *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have yet to file an answer or motion for summary judgment in this case. Thus, the Notice (Dkt. 9) notifies the Court that the case has been dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this April 4, 2023.

_____
Diana Saldaña
United States District Judge